| | |
|---|---|
| 1 | GREENBERG TRAURIG LLP |
| | Kurt A. Kappes, #146384 |
| 2 | *kappesk@gtlaw.com* |
| | Michael D. Lane, #239517 |
| 3 | *lanemd@gtlaw.com* |
| | Sean A. Newland, # 300928 |
| 4 | *newlands@gtlaw.com* |
| | 1201 K. Street, Suite 1100 |
| 5 | Sacramento, CA 95814-3938 |
| | Telephone: (916) 442-1111 |
| 6 | Facsimile: (916) 448-1709 |
| 7 | *Attorneys for Plaintiff Roadrunner Intermodal Services, LLC* |
| 8 | |
| 9 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | Scott J. Ivy, #197681 |
| 10 | *scott.ivy@mccormickbarstow.com* |
| | Shane G. Smith, #272630 |
| 11 | *shane.smith@mccormickbarstow.com* |
| | 7647 North Fresno Street |
| 12 | Fresno, California 93720 |
| | Telephone: (559) 433-1300 |
| 13 | Facsimile: (559) 433-2300 |
| 14 | *Attorneys for Defendant, T.G.S. TRANSPORTATION, INC.* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>T.G.S. TRANSPORTATION, INC., a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 1:17-cv-01056-DAD-BAM<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT T.G.S. TRANSPORTATION, INC'S TIME TO RESPOND TO COMPLAINT; ORDER** |

Pursuant to Fed. R. Civ. P. 12(a), Plaintiff Roadrunner Intermodal Services, LLC ("Roadrunner") and Defendant T.G.S. Transportation, Inc. ("TGS") jointly submit this stipulation and proposed order requesting that the Court extend Defendant's time to respond to Plaintiff's Complaint filed on August 7, 2017. (ECF 1.) The Parties respectfully submit that their request is supported by good cause. Specifically, pursuant to Paragraph 1.C of the Court's Standing Order, the Parties have engaged in a good faith meet and confer regarding a Rule 12 motion contemplated by TGS in response to the Complaint. They have not, however, been able to reach any agreement ahead of TGS' deadline to file a responsive paper on Tuesday, August 29, 2017. *See* Fed. R. Civ. P. 12(a)(1).

THEREFORE, IT IS HEREBY STIPULATED by and between Roadrunner and TGS, through their undersigned counsel, that the deadline for TGS to respond to Roadrunner's Complaint be extended to September 1, 2017.

Respectfully submitted,

GREENBERG TAURIG LLP

Dated: August 28, 2017

By: */s/ Michael D. Lane*
Kurt A. Kappes
Michael D. Lane
Sean A. Newland
*Attorneys for Plaintiff, ROADRUNNER INTERMODAL SERVICES, LLC*

Dated: August 28, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Shane G. Smith*
Scott J. Ivy
Shane G. Smith
*Attorneys for Defendant, T.G.S. TRANSPORTATION, INC.*

-oOo-

**SIGNATURE ATTESTATION**

I hereby attest that concurrence has been obtained from Michael Lane, counsel for Plaintiff Roadrunner Intermodal Services, LLC, as indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Shane G. Smith*

Shane G. Smith

-oOo-

**[~~Proposed~~] ORDER**

IT IS SO ORDERED, pursuant to stipulation of the parties and Federal Rule of Civil Procedure 12(a), that the deadline for Defendant T.G.S. Transportation, Inc. to respond to Plaintiff Roadrunner Intermodal Services, LLC's Complaint is extended to September 1, 2017.

Dated: **August 29, 2017**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE