1  Howard A. Sagaser, State Bar No. 72492
   Ian B. Wieland, State Bar No. 285721
2  Christopher M. Rusca, State Bar No. 264608
   SAGASER, WATKINS & WIELAND, PC
3  5260 North Palm Avenue, Suite 400
   Fresno, California 93704
4  Telephone: (559) 421-7000
   Facsimile: (559) 473-1483
5
   *Attorneys for Plaintiff and Counter Defendant*
6  *JEFFREY COX*

7  James N. Nelson – SBN 116442
   Michelle L. DuCharme – SBN 285572
8  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
9  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
10 Facsimile: (916) 448-1709
   nelsonj@gtlaw.com
11 ducharmem@gtlaw.com

12 *Attorneys for Defendants*
   *ROADRUNNER INTERMODAL SERVICES, LLC*
13 *and CENTRAL CAL TRANSPORTATION, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COX,<br><br>         Plaintiff,<br><br>v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company, CENTRAL CAL TRANSPORTATION, LLC, a Delaware limited liability company, and DOES 1 through 50,<br><br>         Defendants.<br>_____<br>ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br><br>         Defendant and Counter-<br>         Plaintiff,<br><br>v. | **Lead Case No. 1:17-cv-01056-DAD-BAM (consolidated)**<br><br>Member Case No. 1:17-cv-01207-DAD-BAM<br><br>**STIPULATION AND ORDER TO FILE AMENDED COMPLAINT**<br><br><br><br>*State Action Filed: July 25, 2017*<br>*Removal Filed: September 7, 2017* |

| | |
|---|---|
| JEFFREY COX, | |
| Plaintiff and Counter-Defendant. | |
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company, | |
| Plaintiff, | |
| v. | |
| T.G.S. TRANSPORTATION, INC., a California corporation, and DOES 1-10, | |
| Defendants. | |

Plaintiff Jeffrey Cox ("Plaintiff") and Defendants Roadrunner Intermodal Services, LLC, and Central Cal Transportation, LLC ("Defendants") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a separate lawsuit against Defendants, titled *Jeffrey Cox, et al. v. Roadrunner Intermodal Services, LLC, et al.*, Case No. BC669711, that is currently pending before the Superior Court of California, County of Los Angeles;

WHEREAS, Plaintiff has agreed to dismiss his Labor Code section 1102.5 retaliation cause of action against Defendants in his lawsuit that is currently pending before the Superior Court of California, County of Los Angeles in order to plead the same in this action and deal with all employment-related claims against Defendants in a single action;

WHEREAS, Plaintiff has indicated an intention to seek leave to file a First Amended Complaint to add a new claim here that would be the same as the claims of retaliation in violation of Labor Code section 1102.5 and the parties agree that if permitted to do so, the statute of limitations on the retaliation claim will be calculated based on the date the Los Angeles County Superior Court case referenced above was originally filed, February 16, 2017. See attached;

WHEREAS, Defendants have agreed that they will waive any and all claims for attorney fees and costs against David Chidester in the case titled *Jeffrey Cox, et al. v. Roadrunner Intermodal Services, LLC, et al.*, Case No. BC669711, that is currently pending before the Superior Court of California, County of Los Angeles;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) permits any party to file an amended pleading "with the opposing party's written consent;"

///
///
///
///
///
///
///

BASED ON THE FOREGOING, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file and serve a First Amended Complaint following the Court's approval of this Stipulation; and

2. Within twenty-one (21) days after filing and service of Plaintiff's First Amended Complaint, Defendants may file a response to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: February 22, 2018             SAGASER, WATKINS & WIELAND PC

                                     By: /s/ *Ian B. Wieland* (as authorized on February 22, 2018)
                                         Howard A. Sagaser
                                         Ian B. Wieland
                                         Christopher M. Rusca
                                         Attorneys for JEFFREY COX

DATED: February 22, 2018             GREENBERG TRAURIG, LLP

                                     By: */s/ James M. Nelson*
                                         James M. Nelson
                                         Michelle L. DuCharme
                                         Attorneys for ROADRUNNER INTERMODAL
                                         SERVICES, LLC and CENTRAL CAL
                                         TRANSPORTATION, LLC

ORDER

Pursuant to the parties' stipulation, Plaintiff Jeffrey Cox may file and serve a First Amended Complaint. Within twenty-one (21) days after filing and service of Plaintiff's First Amended Complaint, Defendants Roadrunner Intermodal Services, LLC, and Central Cal Transportation, LLC may file a response to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **February 27, 2018**                /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE