| | |
|---|---|
| JEFFREY COX,<br>　　　　　Plaintiff,<br>v.<br>ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company, CENTRAL CAL TRANSPORTATION, LLC, a Delaware limited liability company, and DOES 1 through 50,<br>　　　　　Defendant(s). | Case Nos.: 1:17-cv-01207-DAD-BAM, 1:17-cv-01056-DAD-BAM (consolidated)<br><br>**JOINT STIPULATION AND ORDER NOTICE OF MOTION TO COMPEL (ECF 115)** |
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br>　　　　　Defendant and Counter-Plaintiff,<br>v.<br>JEFFREY COX,<br>　　　　　Plaintiff and Counter-Defendant. | Judge: Hon. Barbara A. McAuliffe<br>Date:　October 4, 2018<br>Time:　10:00 a.m.<br>Crtrm.: 8 of the Robert E. Coyle United States Courthouse |
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br>　　　　　Plaintiff,<br>v.<br>T.G.S. TRANSPORTATION, INC., a California corporation, and DOES 1-10,<br>　　　　　Defendants. | |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

---

1
**JOINT STIPULATION AND ORDER NOTICE OF MOTION TO COMPEL
(ECF 115)**

Roadrunner Intermodal Services, LLC ("Roadrunner") and TGS Transportation, Inc. ("TGS") (Roadrunner and TGS are collectively the "Parties") hereby jointly ask the Court to relieve the Parties of any further briefing with respect to TGS's Notice of Motion to Compel (ECF No. 115), given that TGS hereby withdraws the Notice of Motion, without prejudice to its rights to seek further relief should circumstances change. In support of this Stipulation, the Parties state as follows:

1. On September 27, 2018, as directed by the Court, the Parties personally appeared to meet and confer to resolve outstanding and impending discovery disputes and establish a schedule for completion of discovery and depositions in this action.

2. One dispute under consideration at that time was TGS' motion requesting an order compelling Roadrunner to re-designate certain produced documents and written discovery responses that had been designated AEO under the Protective Order entered in this action.

3. The Parties were unable to reach an agreement to resolve TGS' motion, and thus the Court ordered Roadrunner and TGS to "each file and service a 5-7-page brief and any exhibits by **October 8, 2018**, on the issue of removing the AEO designation." (Order Regarding Discovery Dispute Conference, Dkt. No. 131, at 3.)

4. The Court further ordered the Parties to appear for a Telephonic Status Conference on October 4, 2018, at 10:00 a.m., following which the Court issued an order that extended the AEO briefing deadline from October 8, 2018 to October 9, 2018. (Dkt. No. 133.)

5. The Parties continued to work cooperatively on the discovery issues addressed at the September 27 conference and continued to meet and confer regarding Roadrunner's AEO designations—making meaningful progress on that issue.

6. Considering the Parties' continuing, cooperative efforts to resolve the pending AEO-designation issue and progress on that front, the Parties sought and obtained an additional one-week extension of the existing deadline to **October 16, 2018**, so the Parties could continue their efforts to resolve this matter without the necessity of briefing and a formal Court ruling, or to narrow the scope of briefing.

2
**JOINT STIPULATION AND ORDER NOTICE OF MOTION TO COMPEL (ECF 115)**

1. **7.** The Parties have now resolved in principal the issues that are the subject of TGS Notice of Motion to Compel (ECF No. 115), and have agreed to and hereby do jointly ask the Court to relieve the parties of any further briefing with respect to TGS's Notice of Motion to Compel (ECF No. 115), given that TGS hereby withdraws the Notice of Motion, without prejudice to its rights to seek further relief should circumstances change.

**IT IS SO STIPULATED.**

Dated: October 18, 2018      **GREENBERG TRAURIG, LLP**

By: /s/ *Kurt A. Kappes* (as authorized on [])
    James N. Nelson
    Kurt A. Kappes
    Michael D. Lane
    Michelle L. DuCharme
    Sean A. Newland
    Attorneys for Plaintiff, Counter-Plaintiff and Defendant ROADRUNNER INTERMODAL SERVICES, LLC and Defendant CENTRAL CAL TRANSPORTATION, LLC

Dated: October 18, 2018      **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

By: /s/ *Scott J. Ivy* (as authorized on [])
    Scott J. Ivy
    Shane G. Smith
    Attorneys for Defendant, T.G.S. TRANSPORTATION, INC., a California corporation

## ORDER

The parties are HEREBY RELIEVED of any further briefing with respect to TGS's Notice of Motion to Compel (ECF No. 115), and the motion is deemed withdrawn without prejudice. IT IS SO ORDERED.

Dated: **October 22, 2018**      /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE