UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY COX,<br><br>                    Plaintiff,<br><br>v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company, CENTRAL CAL TRANSPORTATION, LLC, a Delaware limited liability company, and DOES 1 through 50,<br><br>                    Defendant(s). | Case Nos.:  1:17-cv-01207-DAD-BAM, 1:17-cv-01056-DAD-BAM (consolidated)<br><br>**JOINT STIPULATION AND ORDER RE NON-PARTY DEPOSITION AFTER NON-EXPERT DISCOVERY CUTOFF** |
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br><br>                    Defendant and Counter-                    Plaintiff,<br><br>v.<br><br>JEFFREY COX,<br><br>                    Plaintiff and Counter-Defendant. | |
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>T.G.S. TRANSPORTATION, INC., a California corporation, and DOES 1-10,<br><br>          Defendants. | |

JOINT STIPULATION AND ORDER RE NON-PARTY DEPOSITION AFTER NON-EXPERT
DISCOVERY CUTOFF

Roadrunner Intermodal Services, LLC, T.G.S. Transportation, Inc., and Mr. Jeffrey Cox (collectively, the "Parties") hereby jointly ask that the Court grant leave for Roadrunner to conduct a deposition of non-party Expeditors International of Washington, Inc. ("Expeditors") on March 8, 2019, after the discovery cutoff set in the Court's May 25, 2018, Scheduling Conference Order (the "Order") (ECF No. 111). In support of this Joint Stipulation, the Parties state as follows:

1. On May 25, 2018, the Court issued the Order, establishing February 22, 2019, as the cutoff for non-expert discovery.

2. On December 4, 2018, Roadrunner served the "Subpoena to Testify at a Deposition in a Civil Action" ("Subpoena") attached hereto as **Exhibit A** on Expeditors—setting a deposition of Expeditors for January 17, 2019, under Federal Rule of Civil Procedure 30(b)(6).

3. On January 3, 2019, Expeditors served Responses to Roadrunner's Subpoena and accompanying Requests for Production of Documents, in which Expeditors indicated that it was not available to appear and give testimony on the date set in the Subpoena.

4. Roadrunner and Expeditors, thereafter, met and conferred on Expeditors' availability to appear and give testimony on a date before the non-expert discovery cutoff set in the Order and tentatively agreed to reschedule Expeditors' deposition for a date in the week of February 4, 2019.

5. On January 22, 2019, Expeditors' counsel informed Roadrunner's counsel that she had been in an accident, suffered a fractured ankle that required surgery tentatively scheduled for January 25, 2019, and would be limited in her ability to travel for a period of weeks after surgery. Counsel also indicated that no other attorney was able to appear on behalf of Expeditors.

6. Expeditor's counsel, therefore, requested that Expeditors' deposition be rescheduled for March 8, 2019—after the non-expert discovery cutoff set in the Order.

7. Roadrunner informed Expeditors it would agree to a March 8, 2019, deposition, and requested that Expeditors confirm TGS and Mr. Cox's agreement.

8. On January 24, 2019, Expeditors' counsel emailed TGS and Mr. Cox's counsel and requested that they agree to a March 8, 2019, deposition in light of the circumstances, and counsel for TGS and Mr. Cox each indicated their agreement via emails sent later that same day.

9. Accordingly, the Parties, and Expeditors, are in agreement to hold the deposition of Expeditors on March 8, 2019, or on another date as mutually agreed on between all Parties after the February 22, 2019 deadline, and therefore, seek a Court Order permitting that deposition to occur after the non-expert discovery cutoff set in the Scheduling Conference Order.

**IT IS SO STIPULATED.**

Dated: February 19, 2019

**GREENBERG TRAURIG, LLP**

By: /s/ *Kurt A. Kappes* (authorized on 2/6/19)
    James N. Nelson
    Kurt A. Kappes
    Michael D. Lane
    Michelle L. DuCharme
    Todd A. Pickles
    Attorneys for ROADRUNNER INTERMODAL SERVICES, LLC and CENTRAL CAL TRANSPORTATION, LLC

Dated: February 19, 2019

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

By: /s/ *Scott J. Ivy* (authorized on 2/6/19)
    Scott J. Ivy
    Shane G. Smith
    Attorneys for T.G.S. TRANSPORTATION, INC., a California corporation

Dated: February 19, 2019

**SAGASER, WATKINS & WIELAND PC**

By: /s/ *Christopher M. Rusca* (authorized on 2/15/19)
    Howard A. Sagaser
    Ian B. Wieland
    Christopher M. Rusca
    Attorneys for JEFFREY COX

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Roadrunner's request for leave to conduct a deposition of non-party Expeditors International of Washington, Inc. on March 8, 2019, or on another date as mutually agreed on between all parties in March 2019, after the non-expert discovery deadline set in the Court's Scheduling Conference Order is GRANTED.

IT IS SO ORDERED.

Dated:   **February 25, 2019**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE