# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>T.G.S. TRANSPORTATION, INC., a California corporation, and DOES 1-10,<br><br>        Defendants.<br>_____/<br>JEFFREY COX,<br><br>        Plaintiff,<br><br>    v.<br><br>ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company, CENTRAL CAL TRANSPORTATION, LLC, a Delaware limited liability company, and DOES 1 through 50,<br><br>        Defendants.<br>_____/<br>ROADRUNNER INTERMODAL SERVICES, LLC, a Delaware limited liability company,<br><br>        Defendant/Counter-<br>        Plaintiff,<br><br>    v.<br><br>JEFFREY COX,<br><br>        Plaintiff/Counter-<br>        Defendant.<br>_____/ | Case No. 1:17-cv-01056-DAD-BAM; 1:17-cv-01207-DAD-BAM (consolidated)<br><br>**ORDER REGARDING REQUEST TO BE REMOVED FROM ELECTRONIC NOTIFICATION**<br><br>(Doc. 256) |

1

On September 16, 2021, attorney Riley C. Walter of Wanger Jones Helsley, counsel for non-party Minturn Nut Co., Inc., requested removal from the Court's CM/ECF electronic notification in the above referenced case because he no longer wishes to receive Notices of Electronic Filings for documents filed in the action.  (Doc. 256.)  Having considered the request, the Clerk of the Court is DIRECTED to remove or otherwise terminate Riley C. Walter of Wanger Jones Helsley from electronic notifications in this action.

IT IS SO ORDERED.

Dated: **November 3, 2021**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE